**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

JENNIFER ERRICKSON,

    Plaintiff,

v.

METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY.

    Defendant.

---

**DEFENDANT METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL**

---

**TO:**    Kristopher C. Miller
            Erica Vecchio
            Franklin D. Azar & Associates. P.C.
            14426 East Evans Avenue
            Aurora, Colorado 80014

PLEASE TAKE NOTICE Defendant, Metropolitan Property & Casualty Insurance Company ("Metlife"), a Delaware corporation with its principal place of business in Rhode Island, removes this action from the El Paso County District Court, State of Colorado to the United States District Court for the District of Colorado, and gives notice thereof in accordance with 28 U.S.C. § 1446 upon the following grounds:

1.    Jennifer Errickson ("Errickson") made a claim for underinsured motorist ("UIM") benefits arising from an automobile accident on June 30, 2017 under a policy issued by Metlife, policy number 6285306110, with limits of $100,000 per person and $300,000 per accident

("Policy"). The Policy was issued to Errickson in California, and Errickson's vehicle was registered in California at the time of the accident.

2. On or about April 18, 2018, Errickson filed suit against Metlife in the El Paso County District Court in the State of Colorado ("State Court Action"). A copy of the Complaint is attached hereto as *Exhibit A*.

3. The Complaint asserts three claims for relief: (1) breach of contract; (2) common law bad faith; and (3) violation of C.R.S. § 10-3-1115, 1116. *Ex. A*. Errickson seeks damages for all unpaid benefits covered under the Policy, including $100,000 in policy benefits, two times the amount of all covered benefits under the Policy, costs, attorneys' fees, exemplary damages, and interest. *Ex. A*.

4. Pursuant to 28 U.S.C. § 1446(a) and D.C.COLO.LCivR 81.1, below is a recitation of the pleadings and other papers filed in the State Court Action:

    a. Complaint – *Ex. A*;

    b. Summons – *Ex. B*;

    c. Civil Cover Sheet – *Ex. C*; and

    d. Return of Service – *Ex. D*.

No hearings are set in the State Court Action and no motions have been filed.

5. According to the Colorado Division of Insurance, Metlife was served with the Complaint on April 20, 2018. *Ex. E*; *see also Ex. D*.

6. Although Errickson alleges three claims for relief, Errickson's breach of contract claim is subject to mandatory arbitration pursuant to the Policy and California law. Cal. Ins.

Code § 11580.2(f). Metlife will request the Court stay the proceeding as to Errickson's common law bad faith claim and violation of C.R.S. § 10-3-1115, 1116 claim pending the outcome of arbitration. <u>Nothing in this Notice of Removal is intended to waive Metlife's right to arbitrate Errickson's entitlement to UIM benefits.</u>

7. The United States District Court for the District of Colorado has diversity jurisdiction over this civil action under 28 U.S.C. § 1332(a), which requires an amount in controversy in excess of $75,000, exclusive of interest and costs, as well as complete diversity of citizenship between the plaintiff and defendant.

8. There is complete diversity of citizenship between Errickson and Metlife. Errickson is a Colorado citizen. *Ex. A, ¶ 1*. Metlife is a Delaware corporation with its principal place of business in Rhode Island.

9. Errickson claims damages for her common law bad faith claim and violation of C.R.S. § 10-3-1115, 1116 claim in excess of $75,000. A good faith basis is all that is necessary to satisfy the amount in controversy requirement under 28 U.S.C. § 1332(a). *See e.g.*, *Freebird, Inc. v. Merit Energy Co.*, 597 F.Supp.2d 1245, 1247 (D.Kan. 2009) (*citing Morgan v. Gray*, 471 F.3d 469, 474 (3d Cir. 2006)). Dismissal from the federal court is not warranted unless the court is satisfied to the level of "legal certainty" that the claim is not recoverable in an amount in excess of $75,000. *Id*.

10. Errickson contends her injuries and subsequent treatment are covered under the Policy. *Ex. A ¶¶ 13-14, 16-30*. Errickson seeks damages for pain, suffering, loss of enjoyment

of life, loss of earnings and earning capacity, permanency and/or impairment, disability, and past and future medical expenses. The policy limit is $100,000.

11. In addition to the policy limit of $100,000, Errickson seeks two times the covered benefits afforded under the Policy in addition to attorneys' fees, costs and exemplary damages pursuant to her common law bad faith claim and violation of C.R.S. § 10-3-1115, 1116 claim. *Id. ¶¶ 21-30, Prayer for Relief.*

12. In Colorado, civil complaints must be accompanied by a Civil Case Cover Sheet indicating whether the amount in controversy exceeds $100,000. Errickson filed a Civil Case Cover Sheet, which claims she seeks at least $100,000 in damages from Metlife. *Ex. C.*

13. Errickson's representation in the Civil Case Cover Sheet that she seeks at least $100,000 in damages against Metlife establishes the amount in controversy exceeds $75,000, and thus, this matter is removable. *See Paros Properties LLC v. Colo. Casualty Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016). Thus, the general allegations in the Complaint, the Civil Case Cover Sheet, and the damages recoverable pursuant C.R.S. § 10-3-1115, 1116 clearly demonstrate an amount in controversy is in excess of $75,000, even if Errickson's breach of contract claim is subject to mandatory arbitration.

14. Metlife has complied with the requirements of 28 U.S.C. § 1446 and D.C.COLO.L.CivR 81.1.

15. Pursuant to 28 U.S.C. 1446(b), each defendant shall have thirty (30) days after the receipt, through service or otherwise, of the initial pleading to file a notice of removal. Metlife is the only defendant named in this action. MetLife was served through the Colorado Division of

Insurance on April 20, 2018. *Exs. D and E.* This Notice of Removal has been filed within thirty (30) days from Metlife's receipt of Errickson's Complaint and is timely under 28 U.S.C. § 1446(b).

16. A copy of this Notice of Removal has been filed with the Clerk of the District Court, County of El Paso, State of Colorado, and served upon Errickson's counsel pursuant to 28 U.S.C. § 1446(d) and D.DC.COLO.LCivR 81.1.

17. Errickson's counsel provided MetLife an extension to May 21, 2018, to answer or otherwise respond to the Complaint.

WHEREFORE, Metlife requests that this case proceed in the United States District Court for the District of Colorado as an action timely and properly removed.

Respectfully submitted this 18th day of May, 2018.

> */s/ Jane E. Young*
> Jane E. Young
> Bradley D. Damm
> McElroy, Deutsch, Mulvaney & Carpenter, LLP
> 5600 South Quebec Street, Suite C100
> P.O. Box 4467
> Englewood, CO  80155-4467
> Telephone:    (303) 293-8800
> Facsimile:    (303) 839-0036
> E-Mail:       jyoung@mdmc-law.com
>               bdamm@mdmc-law.com
> *Attorneys for Metropolitan Property & Casualty Insurance Company*

## CERTIFICATE OF SERVICE

      I further certify that on this 18th day of May, 2018, a true and correct copy of the foregoing NOTICE OF REMOVAL was electronically filed with the Clerk of Court and served to the following parties using the CM/ECF system:

Kristopher C. Miller, #40990
Erica Vecchio, #36983
Franklin D. Azar & Associates. P.C.
14426 East Evans Avenue
Aurora, Colorado 80014
Phone Number: (303) 757-3300
Fax Number: (303) 759-5203
vecchioe@fdazar.com
millerk@fdazar.com

      I further certify that on this 18th day of May, 2018, I caused the foregoing NOTICE OF REMOVAL to be electronically filed via Colorado Courts E-Filing to the Court Clerk, El Paso County District Court, State of Colorado.

                                                                  */s/ Jane E. Young*
                                                                  Jane E. Young
                                                                  Bradley D. Damm
                                                                  McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                                                5600 South Quebec Street, Suite C100
                                                                P.O. Box 4467
                                                                Englewood, CO  80155-4467
                                                                Telephone:     (303) 293-8800
                                                                Facsimile:      (303) 839-0036
                                                                E-Mail:         jyoung@mdmc-law.com
                                                                                  bdamm@mdmc-law.com
                                                                *Attorneys for Metropolitan Property & Casualty Insurance Company*