**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  18-cv-01223-MSK-KMT

JENNIFER ERRICKSON,

      Plaintiff,

v.

METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY.

      Defendant.

___

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
___

Plaintiff, Jennifer Errickson, and Defendant, Metropolitan Property & Casualty Insurance Company, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(2), jointly move for dismissal of this action with prejudice, each party to pay its own fees and costs.

WHEREFORE, the Parties respectfully move this Court to dismiss this action with prejudice.

Respectfully submitted this 27th day of July, 2018.

*/s/ Jane E. Young*
Jane E. Young
Bradley D. Damm
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5600 South Quebec Street, Suite C100
P.O. Box 4467
Englewood, CO  80155-4467
Telephone:     (303) 293-8800
Facsimile:      (303) 839-0036
E-Mail:          jyoung@mdmc-law.com
                     bdamm@mdmc-law.com
*Attorneys for Metropolitan Property & Casualty Insurance Company*


*/s/ Kristopher C. Miller*
Kristopher C. Miller
Erica Vecchio
Franklin D. Azar & Associates, P.C.
14426 E. Evans Ave.
Aurora, CO 80014
Telephone:     (303) 757-3300
Facsimile:      (303) 759-5203
E-Mail:          millerk@fdazar.com
                     vecchio3@fdazar.com
*Attorneys for Jennifer Errickson*

Case 1:18-cv-01223-MSK-KMT   Document 20   Filed 07/27/18   USDC Colorado   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 27th, 2018, I electronically filed the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, which will send notification of such filing via ECF to the following:

Kristopher C. Miller
Erica Vecchio
Franklin D. Azar & Associates. P.C.
14426 East Evans Avenue
Aurora, Colorado 80014

            */s/ Jane E. Young*
            Jane E. Young
            Bradley D. Damm
            McElroy, Deutsch, Mulvaney & Carpenter, LLP
            5600 South Quebec Street, Suite C100
            P.O. Box 4467
            Englewood, CO  80155-4467
            Telephone: (303) 293-8800
            Facsimile: (303) 839-0036
            E-Mail: jyoung&mdmc-law.com
                bdamm@mdmc-law.com
            *Attorneys for Metropolitan Property & Casualty Insurance Company*